# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**RAYMOND CARL HALE, Jr**                                                              **PLAINTIFF**

V.                         CASE NO.: 2:15CV00120 SWW/BD

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                    **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE this 18th day of February, 2016.

_____
UNITED STATES MAGISTRATE JUDGE